TOWNSHIP OF EAST BRUNSWICK OF MIDDLESEX v.
BLOCK 278, LOTS 1, 2-18, 20-38 ASSESSED TO UN-
KNOWN, WILLIAMS, D & L (1 LOT), *ET AL*, ETC.

May 4, 1976. Petition for certification denied.

ARTHUR E. IMPERATORE v. THE BOROUGH OF FORT LEE.

May 4, 1976. Petition for certification denied.

EVELYN M. HORTON v.
JEFFERSON SHOPPING CENTER, INC., NORTH.

May 4, 1976. Petition for certification denied.

FIREMEN'S MUTUAL BENEVOLENT ASSOCIATION v.
THE CITY OF TRENTON.

May 4, 1976. Petition for certification granted.

EUGENE UPSHAW v.
HOUSING AUTHORITY OF THE CITY OF NEWARK.

May 4, 1976. Petition for certification denied.